```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    BRUCE LEE CEARLOCK
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0182 GEB |
|---|---|
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | |
| BRUCE LEE CEARLOCK, | Date: September 21, 2012 |
| Defendant. | Time: 9:00 A.M.<br>Ctrm: 10 (GEB) |

IT IS HEREBY STIPULATED by Bruce Lee Cearlock, through his counsel Clyde M. Blackmon, and by the United States of America, through it counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference now set for September 21, 2012, at 9:00 a.m. be continued to September 28, 2012 at 9:00 a.m.

A continuance of the status conference is necessary as Mr. Blackmon has sustained a back injury which has not allowed him to prepare for this matter.  Mr. Blackmon anticipates the injury will heal sufficiently so that he can appear before the Court one week from the currently set date.

The parties further stipulate that pursuant to 18 U.S.C. §3161 (h)(1)(D) and (h) (7) (B) (iv)  (Local Code T4) that time

- 1 -
STIPULATION AND (PROPOSED) ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME

shall be excluded from September 21, 2012 to September 28, 2012, to give defense counsel additional time in which to prepare.

**IT IS SO STIPULATED**.

DATED: September 19, 2012      By: //s// Kyle Reardon

                                              Kyle Reardon
                                              Assistant U.S. Attorney

                                       By: //s// Clyde M. Blackmon

                                              Clyde M. Blackmon
                                              Attorney for Defendant
                                              Bruce Lee Cearlock

1                      (PROPOSED) ORDER

2      This matter having come before the Court pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED THAT the status conference now set for September 21, 2012, at 9:00 a.m. is vacated and the matter is set for 9:00 a.m. on September 28, 2012, for a status conference.

     Further, the Court finds that time is excluded based upon the representation of the parties due to the complex nature of the matter and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and (h)(7)(B)(iv), [Local Code T4], from September 21, 2012 until the next appearance on September 28, 2012.

**IT IS SO ORDERED.**

9/20/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge